# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**Case No. 9:23-cv-81585**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address 67.14.254.90, an individual,

      Defendant.

_____/

## **NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC.   There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: December 27, 2023

      Respectfully submitted,

      /s/ *Christian W. Waugh*
      Christian W. Waugh [FBN 71093]
      **WAUGH PLLC**
      201 E. Pine Street, Suite 315
      Orlando, FL 32801
      Email: cwaugh@waugh.legal
      Email: rwood@waugh.legal
      Telephone: 321-800-6008
      Fax: 844-206-0245

      *Attorneys for Plaintiff*